THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BLANCHE CURTIS, Appellant.— Defendant was convicted of the crime of violation of sections 1250

and 1251 of the Education Law (unlicensed practice of medicine) by the Court of Special Sessions of the City of New York, Borough of Richmond [County of Richmond]. Judgment of conviction unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.